468 A.2d 849

Commonwealth v. Fuller, Appellant.
Petition for Allowance of Appeal
Denied June 7, 1984.

Submitted September 30, 1983. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order affirmed.